# United States District Court
# Western District of North Carolina
## STATESVILLE DIVISION

| | | |
|---|---|---|
| **Floyd Junior Powell,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-cv-00067-RLV |
| | ) | 5:99CR12-6-V |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2015 Order.

June 18, 2015

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court